RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3 / 27 / 07
BY Dm

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50108-03 |
| VS. | JUDGE HICKS |
| LEVON HOWARD | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is the Government's Motion for Departure from Sentencing Guidelines [Doc. No. 104] and Motion to Amend, for Hearing, and to Reduce Sentence pursuant to Rule 35 of the Federal Rules of Civil Procedure [Doc. No. 107]. To motion for departure [Doc. No. 104] is **DENIED**.

The second motion, Document No. 107, is **GRANTED IN PART** and **DENIED IN PART**. The motion to amend is **GRANTED**. The motion for hearing is **DENIED**. The motion to reduce sentence pursuant to Rule 35 is **GRANTED**.

**IT IS ORDERED** that the sentence imposed is hereby amended to 70 months.

**THUS DONE AND SIGNED** this 27th day of March, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE